LAW OFFICES OF
# ERIC DINNOCENZO

469 Seventh Avenue
Suite 1215
New York, NY 10018

Telephone: (212) 933-1675
Fax: (212) 249-5624
E-mail: eric@dinnocenzolaw.com
Website: www.dinnocenzolaw.com

New Jersey (By Appt. Only)
1199 Route 22 East
Mountainside, NJ 07092

February 20, 2018

Hon. Douglas Arpert
District Court of New Jersey
402 East State Street
Trenton, NJ 08608

Re:   Globe Life v. Alex Jean et. al., 17-cv-12144(BRM)(DEA)

Dear Judge Arpert:

I represent the interpleader defendants Alex Jean and Marjorie Johnson. I am writing to seek an extension of time to file an (1) answer and (2) reply to the cross-claims asserted against them by co-defendant Samuel Louis (or, more accurately, to deem them timely-filed as I have just submitted them via the ECF system as documents number 11 and 12).

I was just recently retained to represent these defendants. It is arguable that these two filings are timely, as things stand, because I recently returned an executed waiver of service form to plaintiff and co-defendant Samuel Louis never properly served his cross-claims upon me or my clients, and did not e-file an affidavit of service. However, out of an abundance of caution, I am making this request. I would like to proceed as if these pleadings are timely-filed and there is no challenge made to sufficiency of service of process.

All other parties have consented to this request. No prior requests have been made. Thank you.

Respectfully,

*s/Eric Dinnocenzo*

Eric Dinnocenzo

So ordered:

By: _____
Hon. Douglas Arpert